# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES D. JACQUETTE | § § | |
| v. | § § | 1:14-CV-667 |
| J. EDGAR HOOVER BUILDING | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The magistrate judge has recommended that this case be dismissed without prejudice. (Doc. No. 5.) No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 5) is **ADOPTED**, and that this case is dismissed without prejudice.

So **ORDERED** and **SIGNED** this **3** day of **June, 2015.**

_____
Ron Clark, United States District Judge