IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES D JACQUETTE, | § § § | |
| *Plaintiff*, | § § | NO. 1:14-CV-00667-MJT-ZJH |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| J. EDGAR HOOVER BUILDING, | § § § | |
| *Defendant*. | § § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On October 27, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Now before the Court is *pro se* Plaintiff James Jacquette's *Motion to Reopen Case* [Dkt. 9]. A *Final Judgment* in this matter was issued by the Honorable Ron Clark on June 3, 2015. On October 27, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 10], which recommended Jacquette's *Motion* [Dkt. 9] should be denied, as there is no procedural basis to reopen this action.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 10] along with the record, pleadings, and all available evidence. The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the *Report and Recommendation* [Dkt. 10], and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 10] is ADOPTED.

**SIGNED this 19th day of November, 2025.**

Michael J. Truncale
United States District Judge